# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. LIQUORI, SR., | No. CV 12-4369-PSG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED:    March 13, 2013

_____
PHILIP S. GUTIERREZ
United States District Judge